In the Matter of the Probate of the Last Will and Testament of Emma L. VEAZIE, deceased. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order of Surrogate's Court modified, by striking out the provision vacating the original decree and directing the entry of a new decree, and by inserting in lieu thereof a provision directing that the original decree be amended in relation to costs so as to conform to the decision; and as so modified the order is affirmed, without costs of this appeal to either party. Held, that the

question of the right to appeal is not involved in this appeal. All concur.